Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
Clifford Bordeaux (SBN 193432)
BORDEAUX LAW, P.C.
1275 E. Green Street
Pasadena, CA 91106
Tel: (626) 788-9270
Email: cliff@bordeauxlaw.com

☐ *Debtor(s) appearing without an attorney*
☒ *Attorney for:* IAN JEFFERS

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:

IAN JEFFERS

Debtor(s).

CASE NO.: 2:26-bk-17929-DS
CHAPTER: 13

## NOTICE OF MOTION FOR ORDER WITHOUT A HEARING

## [LBR 9013-1(p) or (q)]

[No hearing required]

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) Ian Jeffers, filed a motion or application (Motion) entitled Motion to Vacate Dismissal of Case; Memorandum of Points and Authorities and Declaration of Clifford Bordeaux in Support Thereof.

2. Movant(s) requests that the court grant the motion without a hearing as provided for in:

   ☐ LBR 9013-1(p), which, in addition to notice via Notice of Electronic Filing, requires the motion to be served on additional parties as specified in LBR __________; or

   ☒ LBR 9013-1(q), which requires service of the motion only on parties via Notice of Electronic Filing.

3. The motion is based upon the legal and factual grounds set forth in the motion. (*Check appropriate box below*):

   ☒ The full motion is attached to this notice; or

   ☐ The full motion was filed with the court as docket entry # ___, and a detailed description of the relief sought is attached to this notice.

4. Movant will promptly lodge an order that the court may use to rule on the motion, as the court may rule on the motion without a hearing and without an opportunity for any party to file a request for a hearing,.

Respectfully submitted,

Date: 08/14/2026

Signature of Movant or attorney for Movant

Clifford Bordeaux
Printed name of Movant or attorney for Movant

## MEMORANDUM OF POINTS AND AUTHORITIES

The court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: Federal Rule of Civil Procedure 60(b), as incorporated into Federal Rule of Bankruptcy Procedure 9024 provides as follows:

> "(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
> (1) mistake, inadvertence, surprise, or excusable neglect;
> …
> (6) any other reason that justifies relief.
> Fed. R. Civ. Proc. 60(b)(1), F.R.B.P. 9024.

FRCP 60(b) is remedial and must be liberally applied, defaults are disfavored, and cases should be decided on the merits, where the movant seeks timely relief from judgment and has a meritorious case. *Meadows v. Dominican Republic*, 817 F.2d 517, 521 (9th Cir.1987).

In the instant case, Debtor requests that this court vacate the dismissal of Debtor's case pursuant to Fed. R. Civ. Proc. 60(b)(1), or 60(b)(6) due to the circumstances described in the attached Declaration. Although the Debtor signed a Verification of Master Mailing List for the Debtor's chapter 13 case, Debtor's attorney misread the Notice of Dismissal of Case if Required Documents are not Filed Within 72 Hours (Docket #7).

Dated: August 14, 2026

Respectfully submitted,

Clifford Bordeaux
Attorney for Debtor, Ian Jeffers

**DECLARATION OF CLIFFORD BORDEAUX**

I, CLIFFORD BORDEAUX, hereby declare as follow:

I am the attorney for the debtor, Ian Jeffers ("**Debtor**"), in a Chapter 13 bankruptcy case which was filed in the Bankruptcy Court for the Central District of California, case number 2:26-bk-17929-DS (the "**Case**").

1. On August 7, 2026, I met with the Debtor, prepared an emergency "skeletal" chapter 13 petition, consisting of a Voluntary Petition, Statement About Your Social Security Number, and a Verification of Master Mailing List. I then electronically filed with the Court the Voluntary Petition and Statement About Your Social Security Number, along with a credit counseling certificate certifying the Debtor's completion of an online credit counseling class. However, I mistakenly did not file the Verification of Master Mailing List that the Debtor had reviewed and signed. A true and correct copy of the Verification of Master Mailing list which the Debtor signed is attached hereto as Exhibit "A."

2. On August 7, 2026, the Court issued a Notice of Dismissal of Case if Required Documents are not Filed Within 72 Hours. [See Docket 7].

3. Although I received the notice from the Court, I did not carefully read the deficiency notice and mistakenly assumed that the deficiency notice related to the 14-day deadline to file completed schedules. Thus, I believed the Debtor still had time to complete and file schedules.

4. On August 14, 2026, the Court dismissed the Debor's case. [See Docket 14].

5. Because the Case was dismissed due to the mistake of the Debtor's attorney, and through no fault of the Debtor, and because the Debtor is prepared to immediately file the attached Verification of Creditor List and to file the balance of the Debtor's schedules by the August 21, 2026 deadline, counsel for the Debtor respectfully requests that the dismissal be vacated so that the Debtor can proceed with the case.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: August 14, 2026

CLIFFORD BORDEAUX

# EXHIBIT "A"
# VERIFICATION OF MASTER MAILING LIST

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Clifford Bordeaux**<br>**Bar Number: 193432**<br>**Bordeaux Law, P.C.**<br>**1275 E. Green Street**<br>**Pasadena, CA 91106**<br>**Phone: (626) 788-9270**<br>**Email: cliff@bordeauxlaw.com**<br><br>☐ *Debtor(s) appearing without attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re: | CASE NO.: |
|---|---|
| **Ian Mackenzie Jeffers** | CHAPTER: 13 |
| Debtor(s). | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 3 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **08/07/2026** [signature]
Signature of Debtor 1

Date: ____________________
Signature of Debtor 2 (joint debtor) (if applicable)

Date: **08/07/2026** [signature]
Signature of Attorney for Debtor (if applicable)

**APPLE CARD/GS BANK USA**
LOCKBOX 6112 PO BOX 7247
PHILADELPHIA, PA 19170

**BANK OF AMERICA**
PO BOX 982238
EL PASO, TX 79998

**BARCLAYS BANK DELAWARE**
PO BOX 8803
WILMINGTON, DE 19899

**Bordeaux Law, P.C.**
1275 E. Green Street
Pasadena, CA 91106

**CAPITAL ONE**
PO BOX 31293
SALT LAKE CITY, UT 84131

**City National Bank**
Attn: President or CEO
555 S. Flower Street
Los Angeles, CA 90071

**Comenitycapital/Brdpyi**
PO BOX 182120
COLUMBUS, OH 43218

**CREDIT ONE BANK NA**
PO BOX 98875
LAS VEGAS, NV 89193

**Dept of Education/Neln**
121 S 13TH ST
LINCOLN, NE 68508

**Franchise Tax Board**
PO Box Box 2952
Sacramento, CA 95812-2952

**Geoffrey Bossiere**
3-12-16 Sumiyoschicho
NOSHI-TOKYO, TOKYO, JAPAN 202-005

**Geoffrey Bossiere**
c/o Davidovich Stone Law Group
6442 Coldwater Canyon Ave Suite 209
North Hollywood, CA 91606

**Geoffrey Bossiere**
540 E. California Bouulevard Apt. E
Pasadena, CA 91106

**INTERNAL REVENUE SERVICE**
P. O. Box 7346
Philadelphia, PA 19101-7346

**IRS**
P.O. Box 7346
Philadelphia, PA 19101-7346

**Nissan-Infiniti Lt**
8900 FREEPORT PKWY
IRVING, TX 75063

**Us Bk Cacs**
PO BOX 108
SAINT LOUIS, MO 63166

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1275 E. Green Street
Pasadena, CA 91106

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(p) or (q)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/14/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Clifford Bordeaux cliff@bordeauxlaw.com, BordeauxLawPC@jubileebk.net
Kathy A Dockery (TR) EFiling@LATrustee.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 08/14/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Deborah J. Saltzman
United States Bankruptcy Court
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/14/2026 | Clifford Bordeaux | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |